IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Action No. RDB-17-355 |
| VON LAMARR WALKER, | * | |
| *Defendant.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **MEMORANDUM ORDER**

Before this Court is the Defendant Von Lamarr Walker's Motion for Medical Treatment (ECF No. 166), as well as two motions for compassionate release (ECF Nos. 169, 172). While those motions were pending, Defendant was released. *See Find an Inmate*, FEDERAL BUREAU OF PRISONS, https://www.bop.gov/inmateloc/# (search by register number 63206-037).

Accordingly, the Court can no longer grant Defendant's requested relief. "Simply stated, a case is moot when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Incumaa v. Ozmint*, 507 F.3d 281, 286 (4th Cir. 2007) (quoting *Powell v. McCormack*, 395 U.S. 486, 496 (1969)).

The Fourth Circuit Court of Appeals has determined that requests for compassionate release under § 3582 are rendered moot when an inmate is released. *See United States v. Banks-Davis*, No. 21-6550, 2021 U.S. App. LEXIS 31869, 2021 WL 4936206, at *1 (4th Cir. Oct. 22, 2021) (citing *United States v. Chestnut*, 989 F.3d 222, 224–25 (2d Cir. 2021)); *see also United States v. Jackson*, No. 22-7140, 2023 U.S. App. LEXIS 19100, 2023 WL 4758733, at *1 (4th Cir. July 26, 2023) ("Because Jackson has already served his term of imprisonment, there

1

is no longer a live controversy regarding the orders denying his motions for compassionate release and for reconsideration.").

As such, Defendant Von Lamarr Walker's Motion for Medical Treatment (ECF No. 166) and motions for compassionate release (ECF Nos. 169, 172) are DENIED AS MOOT. It is SO ORDERED this 25th day of July, 2024.

/s/
Richard D. Bennett
United States Senior District Judge